CIRCUIT MEDIATION OFFICE

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | | |
|---|---|---|
| **DAVID W. AEMMER** | TELEPHONE  303 844-6017 | **LANCE OLWELL** |
| CHIEF CIRCUIT MEDIATOR | FACSIMILE  303 844-6437 | **KYLE ANN SCHULTZ** |
| | | CIRCUIT MEDIATORS |

February 2, 2011

James Jay Tutchton, Esq.
Melissa Anne Hailey, Esq.
WildEarth Guardians
1536 Wynkoop Street, Suite 301
Denver, CO 80202

Andrew A. Smith
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, NM 87102

David C. Shilton, Esq.
Ellen J. Durkee, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 23795, L'Enfant Plaza Station
Washington, DC 20026

Karen Budd-Falen, Esq.
Brandon L. Jensen, Esq.
Budd-Falen Law Offices, LLC
P.O. Box 346
Cheyenne, WY 82003-0346

RE:  No. 09-2295 – WildEarth Guardians v. U.S. Forest Service, et al.

Dear Counsel:

      Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellees' brief is extended 30 days.  The appellees' brief must be filed by **March 9, 2011**.

Sincerely,

*David W. Aemmer*

David W. Aemmer

DWA:rg