UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>   Defendant - Appellee,<br><br>NEW MEXICO CATTLE GROWERS' ASSOCIATION; COALITION OF ARIZONA-NEW MEXICO COUNTIES FOR STABLE ECONOMIC GROWTH; NEW MEXICO FEDERAL LANDS COUNCIL,<br><br>   Defendant-Intervenors. | No. 09-2295 |

---

**PLAINTIFF'S AND FEDERAL DEFENDANT'S
JOINT MOTION FOR REMAND**

    WildEarth Guardians and the United States Forest Service, through their respective counsel, submit the following Joint Motion for Remand pursuant to F.R.A.P. 12.1(a).

    1. On December 3, 2010, WildEarth Guardians and the United States Forest Service filed a joint motion for indicative ruling in the district court pursuant to F.R.C.P. 62.1. The joint motion requested that the district court indicate its willingness to approve a Settlement

Agreement, negotiated through participation in the Circuit Mediation program, between WildEarth Guardians and the United States Forest Service should the case be remanded. The Settlement Agreement provides that the district court retain jurisdiction to oversee compliance with the terms of the Agreement.

Under the proposed settlement, the Forest Service must prepare new National Environmental Policy Act analyses in the form of environmental assessments (within specified time frames) or environmental impact statements, as the Forest Service deems appropriate, for five of the 26 grazing allotments challenged in this case. In addition, the Forest Service will place two other allotments on the 2014-2016 Rescissions Act schedule, a schedule pertaining to review of permit renewals. The Forest Service also agrees to pay Plaintiff $27,500 in attorneys' fees and costs. In return, Plaintiff agrees to dismiss its appeal and dismiss its complaint with prejudice. Plaintiff also agrees that permitted livestock grazing on all allotments--including the five allotments on which additional NEPA analyses will be conducted--may continue during the process of preparing new NEPA analyses and any administrative appeals (unless the Forest Service determines otherwise in accordance with federal law).

In the district court, Intervenors opposed the motion for indicative ruling.

2. On April 11, 2011, the district court issued its indicative ruling stating that it would approve the Settlement Agreement upon remand from the United States Court of Appeals for the Tenth Circuit (Exhibit A). In its ruling, the district court explains its reasons for

overruling intervenors' objections.

3. Pursuant to F.R.A.P. 12.1(a), WildEarth Guardians and the United States Forest Service hereby jointly move this Court to remand so the district court can rule on a Rule 60(b) joint motion to approve the Settlement Agreement. Counsel for Intervenors has been consulted pursuant to Tenth Circuit Rule 27.3(c) and stated that Intervenors take no position on this motion.

4. Should this Court agree to remand this case, WildEarth Guardians and the United States Forest Service will promptly notify the circuit clerk when the district court has decided the Rule 60(b) motion on remand so this appeal can be dismissed.

WHEREFORE, WildEarth Guardians and the United States Forest Service respectfully request that the Court remand to the district court for further proceedings as detailed herein.

**For Plaintiff - Appellant WildEarth Guardians:**

s/_____
JAMES TUTCHTON
WildEarth Guardians
1536 Wynkoop Street, Suite 301
Denver, Colorado 80202
Tel: (303)993-6744
jtutchton@wildearthguardians.org

**For Federal Defendant - Appellee USDA Forest Service:**

s/
ANDREW A. SMITH
Trial Attorney
Natural Resources Section
P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505)224-1468
andrew.smith@usdoj.gov


s/
ELLEN J. DURKEE
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 23795, L'Enfant Plaza Station
Washington, DC 20026
Tel: (202)514-4426
ellen.durkee@usdoj.gov

CERTIFICATE OF DIGITAL SUBMISSION

In accordance with the court's CM/ECF User's Manual, I hereby certify that all required privacy redactions have been made. In addition, I certify that the hard copies of this pleading that may be required to be submitted to the court are exact copies of the ECF filing, and the ECF submission has been scanned for viruses with the most recent version of a commercial virus scanning program Microsoft Forefront Client Security, version 1.101.1375.0, updated on 4/12/2011 at 10:34 PM and, according to the program, is free of viruses.

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2011, a true and correct copy of the foregoing **Plaintiff's and Federal Defendant's Joint Motion For Remand** was sent to the persons listed below in the manner indicated (check box):

☐ by U.S. mail;
☐ by third-party commercial carrier for delivery within 3 calendar days;
☐ by personal delivery, including delivery to a responsible person at the office of counsel;
X by digital submission via the 10th Circuit Court's ECF program.

Karen Budd-Falen
Kathryn Brack-Morrow
Brandon L. Jensen
Budd-Falen Law Offices
P.O. Box 345
Cheyenne, Wyoming 82003

s/
Ellen J. Durkee
Appellate Section, ENRD, Dept. of Justice
P.O. Box 23795, L'Enfant Plaza Station
Washington, D.C. 20026
ellen.durkee@usdoj.gov